SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| GREGORY ALAN BRACKSIECK,<br><br>           Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br><br>           Defendant | Case No.: 2:18-cv-00661-AC<br><br>[proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before September 10, 2018.

SO ORDERED.

DATED: _8/10/18_            _____

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE