SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| GREGORY ALAN BRACKSIECK,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:18-cv-00661-AC<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of September 14, 2018.

    This extension (3 days) is requested because the attorney had a sudden death in her family and needs additional time to review some issues that have come to her attention prior to filing the Motion for Summary Judgment.

| | | |
|---|---|---|
| DATED: September 12, 2018 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

DATED: September 12, 2018					McGREGOR W. SCOTT
								United States Attorney
								DEBORAH LEE STACHEL
								Regional Chief Counsel, Region IX

								*/s/ Daniel P. Talbert*
								DANIEL P. TALBERT,
								(As authorized via E-mail on 9/11/18)
								Special Assistant U S Attorney
								Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| GREGORY ALAN BRACKSIECK,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:18-cv-00661-AC<br><br>[proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before September 14, 2018.

SO ORDERED.

DATED: September 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE